■ In the Matter of JACOB SPATZ, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — Motion for an order suspending respondent as an attorney and counselor at law pending his compliance with an order of this court, dated March 30, 1983, which directed that he appear for examination under oath relative to two inquiries under investigation by petitioner. Motion granted by default and respondent, Jacob Spatz, suspended as an attorney and counselor at law until he shall have complied with the order of this court dated March 30, 1983, and until further order of the court. Order entered. Sweeney, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.